IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER RODRIGUEZ,** | : | **Civil No. 1:12-CV-02090** |
| **Plaintiff,** | : | |
| v. | : | **(Judge Sylvia H. Rambo)** |
| **WARDEN J.E. THOMAS, et al.,** | : | |
| **Defendant.** | : | |

# **O R D E R**

In accordance with the memorandum of law issued on this date, **IT IS HEREBY ORDERED THAT:**

1) The motion for summary judgment (Doc. 234) is **GRANTED** with respect to Defendants Thomas, Crawley, McClintock, and Fosnot.

2) Entry of judgment on their behalf is **DEFERRED** pending further order of court.

3) The motions for summary judgment (Docs. 216, 223, 228) are **DENIED** with respect to Defendant Potter on the issues of excessive force and retaliation while at SHU, and with respect to Defendants Eichner and Knapp on the issue of failure to intervene/protect.

4) The court will issue a separate scheduling order.

                                             s/Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge

Dated: March 6, 2018