IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER RODRIGUEZ,** | : | **Civil No. 1:12-CV-02090** |
| **Plaintiff,** | : | |
| **v.** | : | **(Judge Rambo)** |
| **WARDEN J.E. THOMAS, et al.,** | : | |
| **Defendant.** | : | |

# **O R D E R**

In accordance with the memorandum of law issued on this date, **IT IS HEREBY ORDERED THAT:**

1) Plaintiff's motion *in limine* (Doc. 276) is **DENIED** in part and **GRANTED** in part as follows:

a) Plaintiff's request that Defendants be precluded from presenting witnesses and evidence countering the fact of Plaintiff's injuries is **DENIED**.

b) Plaintiff's request that any references to his criminal conviction or the facts of his crime be precluded is **GRANTED**.

2) Defendant Potter's motion *in limine* (Doc. 280) is **GRANTED**. Any evidence presented in support of the previously-dismissed Eighth Amendment claim of deliberate indifference to serious medical needs against Defendant Potter is precluded.

3) Defendant Eichner's motion *in limine* (Doc. 284), joined by

Defendant Knapp (*see* Doc. 296), is **GRANTED**. Evidence in support of all of

Plaintiff's previously-dismissed claims is precluded.

4) Defendant Knapp's motion *in limine* (Doc. 286) is **GRANTED** to the

extent that evidence of Plaintiff's interaction with Defendant Knapp subsequent to

the period covering the entire August 11, 2012 incident is precluded.


                s/Sylvia H. Rambo
                SYLVIA H. RAMBO
                United States District Judge

Dated: June 27, 2018



Dated:  June \_\_\_\_, 2018.